**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHARLES B. GLASSTETTER, et al.,

    Plaintiffs,

v.                                      Case No. 16-11412

INTERNATIONAL UNION, et al.,

    Defendants.
                                  /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Dismissal as to Defendants UAW International, UAW Local 598 and UAW Local 602," dated September 29, 2016 and the "Opinion and Order Granting Dismissal as to General Motors, LLC" dated November 18, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs. Dated at Port Huron, Michigan, this 18th day of November 2016.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: November 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2016, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522